IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRYAN WALTERS,

    Appellant,

v.

                                   Case No.  5D23-1411
                                   LT Case No. 2020-CA-003058

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed July 3, 2023

Appeal from the Circuit Court
for Duval County,
Michael S. Sharrit, Judge.

Bryan Walters, Jacksonville, pro se.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED.  <u>See</u> Fla. R. App. P. 9.315(a).

EDWARDS, C.J., JAY and PRATT, JJ., concur.